

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00592-CV

**IN RE Fabiola SANCHEZ ROJAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: January 6, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On December 9, 2020, Relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-24518, styled *Adan Ochoa-Herrera v. Fabiola Sanchez Rojas*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.